IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA              *
                                      *
     v.                               *        CR 107-167
                                      *
RAFAEL CORDANIEZ MILLIGAN             *

---

**O R D E R**

---

Defendant Rafael Cordaniez Milligan has filed two motions recently, both seeking relief pursuant to Amendment 821 to the United States Sentencing Guidelines. Defendant was convicted of two counts of using, carrying and brandishing a firearm during a crime of violence, violations of 18 U.S.C. § 924(c)(1)(A). At the time of sentencing, these crimes carried a statutory minimum sentence of seven years for the first offense and a consecutive sentence of at least 25 years for the second offense. Though he faced a sentence of 384 months imprisonment, Defendant received the benefit of a downward departure under U.S.S.G. § 5K1.1 and was sentenced to serve 300 months on August 6, 2008.

Amendment 821 (Part B) provides a retroactive decrease in offense level for certain "zero point" offenders, which Defendant is not. Amendment 821 (Part A) provides a retroactive adjustment for certain offenders whose criminal history was impacted by "status points" under U.S.S.G. § 4A1.1. Defendant's crimes,

however, carried *statutorily* mandated sentences; his sentence was not based upon a guideline computation. Thus, Defendant's criminal history, no matter what it is, played no part in his sentence. For this reason, Amendment 821 to the Sentencing Guidelines is irrelevant to Defendant's *statutory* sentence. His motions for reduction in sentence based upon Amendment 821 (doc. nos. 417, 418) are **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE